**FILED**
CLERK, U.S. DISTRICT COURT

JUNE 13 2017

CENTRAL DISTRICT OF CALIFORNIA
BY: _____vdr_____ DEPUTY

GOLDSMITH & HULL/File #555495
A Professional Corporation
William I. Goldsmith (SBN 82183)
Michael L. Goldsmith (SBN 291700)
16933 Parthenia Street, Suite 110
Northridge, CA 91343
Tel.: (818) 990-6600
Fax: (818) 990-6140
**govdept1@goldsmithcalaw.com**

Attorneys for Plaintiff

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SEAN A. MITCHELL aka SEAN MITCHELL,JR.,<br><br>Defendant. | CASE NO. 2:17-cv-01329-FMO-PLA<br><br>DEFAULT JUDGMENT |

    In the above-entitled action the Clerk of this Court having entered a default against Defendant(s) SEAN A. MITCHELL aka SEAN MITCHELL,JR., on **MAY 30,2017** for failure to respond or appear; and a declaration on behalf of Plaintiff having been filed which satisfies the requirements of F.R.Civ. P. 55(b),

    IT IS ADJUDGED that Plaintiff, United States of America, shall have and recover from Defendant(s) SEAN A. MITCHELL aka SEAN MITCHELL,JR., the sum of $2,437.24 principal, $4,627.41 accrued pre-judgment interest, $52.09 penalties/administrative charges, $495.50 court cost, plus $443.72 attorneys fees,

//
//
//
//

less credits of $0.00, for a total of $8,055.96 plus interest from June 9, 2017, at the rate of $0.53 per day to date of entry of judgment. Judgment to accrue interest at the legal rate until paid.

DATE: June 13, 2017

KIRY K. GRAY, CLERK OF THE COURT
U.S. District Court Central District of California

BY: /s/ Vanessa Figueroa
DEPUTY CLERK

:P549F